IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NYCOMED GmbH and WYETH<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ Inc.<br><br>　　　　　　　Defendant. | CIVIL ACTION NO._____<br>FILED: MAY 16, 2008<br>08CV2871   NF<br>JUDGE KENNELY<br>MAGISTRATE JUDGE NOLAN |

## **LOCAL RULE LR3.2 NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule LR3.2, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nycomed GmbH and Wyeth, each of which is a non-governmental corporate party, certifies that (1) Nycomed GmbH is a wholly owned subsidiary of Nycomed Germany Holding GmbH, which is a wholly owned subsidiary of Nycomed Danmark ApS, and there is no public entity that owns more than 5% of Nycomed Danmark ApS, and (2) there is no public entity that owns more than 5% of Wyeth.

Dated:  May 16, 2008

/s/  James B. Coughlan
James B. Coughlan (6201004)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Phone:  (312) 499-6000
Facsimile:  (312) 499-6100
jamescoughlan@paulhastings.com

Joseph M. O'Malley, Jr. *(Pro Hac Pending)*
Bruce M. Wexler *(Pro Hac Pending)*
Eric W. Dittmann *(Pro Hac Pending)*
Isaac S. Ashkenazi *(Pro Hac Pending)*
William D. Young *(Pro Hac Pending)*

                    Paul, Hastings, Janofsky & Walker LLP
                    75 East 55th Street
                    New York, New York 10022
                    Phone: (212) 318-6000

Lawrence J. Gotts *(Pro Hac Pending)*
Aslan Baghdadi *(Pro Hac Pending)*
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
Phone: (202) 551-1700

*Attorneys for Plaintiffs*
*Nycomed GmbH and Wyeth*