IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NYCOMED GmbH and WYETH<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ Inc.<br><br>　　　　　　　Defendant. | CIVIL ACTION NO._____<br>FILED: MAY 16, 2008<br>08CV2871   NF<br>JUDGE KENNELY<br>MAGISTRATE JUDGE NOLAN |

### NOTICE OF CLAIMS INVOLVING PATENTS

Pursuant to Local Rule LR3.4, the Plaintiffs hereby give notice that the complaint includes claims for patent infringement and further provide the information required by 35 U.S.C. § 290.  The names and addresses of the parties are (1) Nycomed GmbH, Byk-Gulden-Strasse 2, 78467 Konstanz, Germany, (2) Wyeth, 5 Giralda Farms, Madison, New Jersey 07940, and (3) Sandoz Inc., 506 Carnegie Center Drive, Suite 400, Princeton, NJ 08540.  The patent is U.S. Patent No. 6,780,881 B2.  The inventors on the patent are Rudolf Linder and Rango Dietrich.

Dated:  May 16, 2008

/s/  James B. Coughlan
James B. Coughlan (6201004)
Paul, Hastings, Janofsky & Walker LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Phone:  (312) 499-6000
Facsimile:  (312) 499-6100
jamescoughlan@paulhastings.com

Joseph M. O'Malley, Jr. *(Pro Hac Pending)*
Bruce M. Wexler *(Pro Hac Pending)*
Eric W. Dittmann *(Pro Hac Pending)*
Isaac S. Ashkenazi *(Pro Hac Pending)*

William D. Young *(Pro Hac Pending)*
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, New York 10022
Phone: (212) 318-6000

Lawrence J. Gotts *(Pro Hac Pending)*
Aslan Baghdadi *(Pro Hac Pending)*
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
Phone: (202) 551-1700

*Attorneys for Plaintiffs*
*Nycomed GmbH and Wyeth*