AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NYCOMED GmbH and WYETH
        Plaintiffs,

V.

SANDOZ, INC.
        Defendant.

CASE NUMBER: 08CV2871

ASSIGNED JUDGE: Judge Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Nan R. Nolan

TO: (Name and address of Defendant)

Sandoz, Inc.
506 Carnegie Center, Suite 400
Princeton, NJ 08540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James B. Coughlan, Esq.
Paul, Hastings, Janofsky & Walker, LLP
191 N. Wacker Drive, Thirtieth Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 1 9 2008

DATE

| | |
|---|---|
| NYCOMED GMBH & WYETH | **Plaintiff** |
| vs. | |
| SANDOZ INC. | **Defendant** |

_____ Court Of _____

_____ Venue

Docket Number: 08 CV 2871

**Person to be served (Name and Address):**
SANDOZ INC.
830 BEAR TAVERN ROAD
TRENTON NJ 086##
**By serving:** PRENTICE HALL CORP.

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:** JAMES B. COUGHLAN, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, EXHIBITS

**Service Data:**  [X] Served Successfully   [ ] Not Served

**Date/Time:** 05/20/2008  02:23PM

Cost of Service pursuant to R. 4:4-3(c)

$ \_\_\_\_.\_\_\_\_

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Attempts:** Date/Time: _____
Date/Time: _____
Date/Time: _____

**Name of Person Served and relationship/title:**

EILEEN CANNON

AUTHORIZED AGENT

**Description of Person Accepting Service:**

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this

20   day of May  , 2008
Notary Signature: _(signature)_
JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

I, _Jane Nunn_, was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_(signature)_   5/20/2008
Signature of Process Server   Date

RR