**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL           APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2008, I caused the foregoing APPEARANCE OF THOMAS J. FILARSKI to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's system.

> /s/ C. Noel Kaman
> C. Noel Kaman (06275230)
> BRINKS HOFER GILSON & LIONE
> NBC Tower – Suite 3600
> 455 N. Cityfront Plaza Drive
> Chicago, Illinois 60611
> (312) 321-4200
> nkaman@brinkshofer.com