**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NYCOMED GmbH and WYETH, | Civil Action No. 08-cv-2871 NF |
| Plaintiffs, | Filed:  May 16, 2008 |
| v. | Judge Matthew F. Kennelly |
| SANDOZ INC., | Magistrate Judge Nolan |
| Defendant. | **Via Electronic Filing** |

**AGREED MOTION TO EXTEND THE TIME OF
DEFENDANT SANDOZ INC. TO RESPOND TO THE COMPLAINT**

Defendant, Sandoz Inc. ("Defendant Sandoz"), and Plaintiffs, Nycomed GmbH and Wyeth, hereby move this Court to extend the time Defendant Sandoz has to respond to the Complaint for Patent Infringement, dated May 16, 2008 ("Plaintiffs' Complaint").  In support of this Motion, the parties state as follows:

1. Defendant Sandoz was served with a summons and copy of Plaintiffs' Complaint in this matter on May 20, 2008.

2. Defendant Sandoz's answer or other responsive pleading, therefore, is due on June 9th, 2008, at the earliest, and that time has not yet expired.

3. The undersigned have been engaged to represent Defendant Sandoz in this matter, but need additional time to prepare an answer or other responsive pleading in the case.

4. Plaintiffs' counsel has consented to a forty day extension of the time within which Defendant Sandoz must answer or otherwise respond, to and including July 21, 2008, the date an answer or response would have been due had a waiver of service been executed.

WHEREFORE Defendant Sandoz and Plaintiffs, Nycomed GmbH and Wyeth, move the Court for an order extending the date by which Defendant Sandoz must answer or otherwise respond to Plaintiffs' Complaint for a period of forty (40) days, to and including July 21, 2008.

Dated:  June 3, 2008                    Respectfully submitted,

                                        SANDOZ INC.

                                        By: /s/ Meredith Martin Addy
                                            Thomas J. Filarski (06194031)
                                            Meredith Martin Addy (06216492)
                                            C. Noel Kaman (06275230)
                                            BRINKS HOFER GILSON & LIONE
                                            455 N. Cityfront Plaza Drive, Ste. 3600
                                            Chicago, IL  60611
                                            (312) 321-4200
                                            maddy@brinkshofer.com

                                            *Attorneys for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2008, I caused the foregoing Agreed Motion to Extend the Time of Defendant Sandoz Inc. to Respond to the Complaint to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's system.

*/s/ Meredith Martin Addy*
Meredith Martin Addy (06216492)
BRINKS HOFER GILSON & LIONE
455 N. Cityfront Plaza Drive, Ste. 3600
Chicago, IL  60611
(312) 321-4200
maddy@brinkshofer.com