UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH, | Civil Action No. 08-cv-2871 NF |
| Plaintiffs, | Filed:  May 16, 2008 |
| v. | Judge Matthew F. Kennelly |
| SANDOZ INC., | Magistrate Judge Nolan |
| Defendant. | **Via Electronic Filing** |

**NOTICE OF AGREED MOTION**

TO:   James B. Coughlan
      Paul, Hastings, Janofsky & Walker LLP
      191 North Wacker Drive, 30th Floor
      Chicago, IL 60606

   PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 8:45 a.m., I shall appear before the Honorable Rebecca R. Pallmeyer, sitting in place and stead for the Honorable Matthew F. Kennelly, in the courtroom usually occupied by her in Room 2119, 219 South Dearborn, Chicago, Illinois and then and there present the attached **Agreed Motion to Extend the Time of Defendant Sandoz Inc. to Respond to the Complaint**.

2

Dated:  June 3, 2008                    Respectfully submitted,

              SANDOZ INC.

             By: */s/ Meredith Martin Addy*
               Thomas J. Filarski (06194031)
               Meredith Martin Addy (06216492)
               C. Noel Kaman (06275230)
               BRINKS HOFER GILSON & LIONE
               455 N. Cityfront Plaza Drive, Ste. 3600
               Chicago, IL  60611
               (312) 321-4200
               maddy@brinkshofer.com

               *Attorneys for Defendant Sandoz Inc.*