# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | Rebecca R. Pallmeyer *RRP* |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2871 | **DATE** | 6/3/2008 |
| **CASE TITLE** |  | Nycomed GmbH and Wyeth vs. Sandoz Inc. | |

**DOCKET ENTRY TEXT**

Agreed motion to extend the time of Defendant Sandoz Inc to respond to the complaint [13] granted to and including 7/21/2008. Rule 16 conference is set before Judge Kennelly on 8/4/08 at 9:30 a.m.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|