## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2871 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Nycomed GmbH, et al. vs. Sandoz, Inc. | | |

**DOCKET ENTRY TEXT**

The order of 6/3/08 is vacated to the extent it set the initial Rule 16 conference for 8/4/08. The hearing date of 8/4/08 is vacated. The case has been set for the initial Rule 16 conference on 7/14/08 at 9:00 a.m. pursuant to the order of 6/6/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|