# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH, | CIVIL ACTION NO. 08-cv-2871 NF |
| Plaintiffs, | FILED:  MAY 16, 2008 |
| v. | JUDGE MATTHEW F. KENNELLY |
| SANDOZ INC., | MAGISTRATE JUDGE NOLAN |
| Defendant. | **Via Electronic Filing** |

## ANSWER AND AFFIRMATIVE DEFENSES OF SANDOZ INC.
## TO COMPLAINT OF NYCOMED GMBH AND WYETH
## FOR PATENT INFRINGEMENT AND COUNTERCLAIMS

Defendant Sandoz Inc., by its attorneys, hereby answers the Complaint for Patent

Infringement of Plaintiffs, Nycomed GmbH and Wyeth, as follows:

1.      Nycomed GmbH is a corporation incorporated and existing under the laws of Germany, having its principal place of business at Byk-Gulden-Str. 2, 78467 Konstanz, Germany.

**ANSWER:**    Sandoz Inc. is without sufficient information to admit or deny the allegations

of this paragraph.  All allegations in this paragraph are therefore denied.

2.      Wyeth is a Delaware corporation with offices at Five Giralda Farms, Madison, NJ 07940.

**ANSWER:**    Sandoz Inc. is without sufficient information to admit or deny the allegations

of this paragraph.  All allegations in this paragraph are therefore denied.

3.      Nycomed GmbH is at times referred to hereinafter as "Nycomed."

**ANSWER:**    Admitted.

4.    Upon information and belief, Defendant Sandoz Inc. ("Sandoz") is a Colorado corporation and having its principal place of business at 506 Carnegie Center Drive, Suite 400, Princeton, NJ 08540.

**ANSWER:**    Admitted.

## JURISDICTION AND VENUE

5.    This action arises under the patent laws of the United States of America and jurisdiction exists under 28 U.S.C. §§ 1331 and 1338(a).  Venue is proper in this Court under 28 U.S.C. §§ 1391(c), and 1400(b).

**ANSWER:**    Denied.

6.    Upon information and belief, Sandoz markets, distributes and sells pharmaceutical products and transacts other business in the State of Illinois.

**ANSWER:**    Admitted.

7.    This Court has personal jurisdiction over Sandoz because it transacts business within the State of Illinois.

**ANSWER:**    Admitted.

## BACKGROUND FOR CLAIM FOR RELIEF UNDER 35 U.S.C. § 271(e)

8.    Wyeth Pharmaceuticals Inc., a wholly-owned subsidiary of Wyeth, is the holder of New Drug Application ("NDA") No. 20-988, by which the United States Food & Drug Administration ("USFDA") granted approval for pantoprazole sodium injection 40 mg, which is marketed and sold by the Plaintiffs in the United States under the trade name "PROTONIX® I.V."

**ANSWER:**    Admitted that the electronic version of the FDA's publication, "*Approved Drug Products with Therapeutic Equivalence Evaluations*" (commonly known as the "Orange Book"), identifies "WYETH PHARMS INC." as the applicant for NDA No. 20-988

for PROTONIX® I.V. (Pantoprazole Sodium) Injectable 40 mg.  Sandoz Inc. is without

sufficient information to admit or deny the remaining allegations.  The remaining allegations

are therefore denied.


9.    Nycomed is the owner of United States Patent No. 6,780,881 B2 ("the '881 patent"), which was duly and legally issued on August 24, 2004, and which discloses and claims certain pantoprazole preparations and injections.  The sodium salt of pantoprazole is the active ingredient in PROTONIX® I.V.

**ANSWER:**    Admitted that the United States Patent and Trademark Office's electronic

assignment database identifies "Nycomed GmbH" as the assignee of the '881 patent.  Sandoz

Inc. denies that the '881 patent "was duly and legally issued."  According to the United

States Food and Drug Administration's ("FDA") approved labeling, PROTONIX® I.V.

contains pantoprazole sodium.  Sandoz Inc. denies all remaining allegations.


10.    Wyeth is the exclusive licensee of the '881 patent in the United States.

**ANSWER:**    Sandoz Inc. is without sufficient information to admit or deny this allegation.

The allegation is therefore denied.


11.    A copy of the '881 patent is attached as Exhibit A.

**ANSWER:**    Admitted that what purports to be a copy of the '881 patent is

attached to the Complaint as Exhibit A.

12.    Upon information and belief, Sandoz filed in the USFDA an Abbreviated New Drug Application ("ANDA"), including a certification with respect to the '881 patent under § 505(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355), seeking approval to manufacture, use or sell Pantoprazole Sodium for Injection, 40 mg/vial, prior to expiration of the '881 patent.

**ANSWER:**    Admitted that Sandoz Inc. filed ANDA No. 90-296 for Pantoprazole Sodium Injectable, I.V. 40 mg in the United States and admitted that Sandoz Inc. filed with the FDA, pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355), a certification that the claims of the '881 patent are invalid, unenforceable, and/or will not be infringed by the manufacture, use, or sale of the Sandoz Inc.'s Pantoprazole Sodium Injectable 40 mg ANDA product.  All remaining allegations are denied.

13.    Sandoz's ANDA No. 90-296 lists pantoprazole sodium as the active ingredient in an injectable dosage form of the drug.

**ANSWER:**    Admitted that Sandoz Inc. filed an ANDA for Pantoprazole Sodium Injectable, I.V. 40 mg.  All remaining allegations are denied.

14.    By letter dated April 3, 2008, Sandoz sent a notice to Nycomed and Wyeth in which Sandoz represented that it had filed an ANDA for Pantoprazole Sodium for Injection, 40 mg/vial, including the certification with respect to the '881 patent, and that it sought approval of its ANDA prior to the expiration of that patent.

**ANSWER:**    Admitted that in a letter dated April 3, 2008, Sandoz Inc. provided the

requisite notice of Sandoz Inc.'s ANDA and paragraph IV certification to Altana Pharma

AG, which upon information and belief is now wholly owned by Nycomed, and Wyeth

Pharmaceuticals Inc.  All remaining allegations are denied.


15.    Nycomed received notice of the Sandoz certification no earlier than April 7,
2008.

**ANSWER:**    Admitted.


16.    Wyeth received notice of the Sandoz certification no earlier than April 4,
2008.

**ANSWER:**    Admitted.


## CLAIM FOR RELIEF UNDER 35 U.S.C. § 271 (E)

17.    Because Sandoz seeks approval of its ANDA to engage in the commercial
manufacture, use or sale of a drug claimed in the '881 patent before its expiration, Sandoz
has infringed the '881 patent pursuant to 35 U.S.C. § 271(e)(2)(A).

**ANSWER:**    Denied.


18.    Nycomed and Wyeth are entitled to relief provided by 35 U.S.C. § 271(e)(4),
including an order of this Court that the effective date of the approval of Sandoz's ANDA be
a date that is not earlier than the expiration date of the '881 patent, or any later expiration of
exclusivity for the '881 patent to which Nycomed and/or Wyeth is or becomes entitled to.

**ANSWER:**    Denied.

19.    Upon information and belief, Sandoz was aware of the existence of the '881 patent and was aware that the filing of its ANDA and certification with respect to the '881 patent constituted an act of infringement of that patent.

**ANSWER:**    Denied.

20.    Sandoz's statement of the factual and legal bases for its opinion regarding non-infringement of the '881 patent is devoid of an objective good faith basis in either the facts or the law.

**ANSWER:**    Denied.

21.    This case is an exceptional one, and Nycomed and Wyeth are entitled to an award of their reasonable attorney fees under 35 U.S.C. § 285.

**ANSWER:**    Denied.

## RESPONSE TO NYCOMED GMBH'S AND WYETH'S PRAYERS FOR RELIEF

Sandoz Inc. denies all allegations not expressly admitted herein.  Sandoz Inc. denies that Nycomed and Wyeth are entitled to any of the relief sought in the prayer for relief whatsoever.  Further responding to Nycomed's and Wyeth's Complaint, Sandoz Inc. alleges as follows:

## AFFIRMATIVE DEFENSES

Sandoz Inc. asserts the following affirmative defenses and reserves the right to amend its Answer as additional information becomes available:

**First Affirmative Defense**
**(Non-Infringement of U.S. Patent No. 6,780,881 B2)**

The manufacture, use, sale, offer for sale, or importation into the United States of Sandoz Inc.'s Pantoprazole Sodium for Injection 40 mg product does not and would not directly, indirectly, contributorily and/or by inducement, infringe any claims of U.S. Patent No. 6,780,881 B2 (the '881 patent), either literally or under the doctrine of equivalents.

**Second Affirmative Defense**
**(Authorized Acts under 35 U.S.C. § 271(e)(1))**

Making, using, selling, or offering to sell generic Pantoprazole Sodium for Injection, 40 mg in the United States or importing a generic Pantoprazole Sodium for Injection, 40 mg into the United States in relation to the development and submission of Sandoz Inc.'s Abbreviated New Drug Application ("ANDA") No. 90-296 for a Pantoprazole Sodium for Injection 40 mg product is not an act of infringement pursuant to Section 271(e)(1) of Title 35 of the United States Code.

**Third Affirmative Defense**
**(Invalidity of U.S. Patent 6,780,881 B2)**

Upon information and belief, the claims of the '881 patent are invalid for failure to comply with one or more of the provisions of Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 102, 103, 112.

## Fourth Affirmative Defense
## (Estoppel)

The doctrine of prosecution history estoppel estops Nycomed and Wyeth from asserting that the scope of the claims of the '881 patent covers a product such as Sandoz Inc.'s Pantoprazole Sodium for Injection 40 mg product either literally or under the doctrine of equivalents.

## COUNTERCLAIMS

Sandoz Inc., by its attorneys, hereby pleads the following counterclaims against Nycomed and Wyeth:

## Jurisdiction and Venue

1.    These counterclaims arise under Article I, § 8, cl. 8, of the United States Constitution and the Patent Act of 1952, 35 U.S.C. § 1 *et seq.* Jurisdiction of this Court is proper under 28 U.S.C. §§ 1331, 1337(a), 1338(a), 2201, and 2202.

2.    Nycomed asserts that it is a corporation organized under the laws of Germany, having its principal place of business at Byk-Gulden-Str. 2, 78467 Konstanz, Germany.

3.    Wyeth asserts that it is a corporation organized under the laws of the State of Delaware having its principal place of business at Five Giralda Farms, Madison, New Jersey 07940.

4.    Sandoz Inc. is a corporation organized and existing under the laws of the State of Colorado having its principal place of business at 506 Carnegie Center, Suite 400, Princeton, New Jersey 08540.

5.    Nycomed asserts that it is the owner of the '881 patent.

6.    Wyeth asserts that it is the exclusive licensee of the '881 patent in the United States.

7.    Wyeth asserts that Wyeth Pharmaceuticals Inc., a wholly-owned subsidiary of Wyeth, is the holder of NDA No. 20-988, by which the United States Food & Drug Administration ("FDA") granted approval for pantoprazole sodium injection 40 mg, which is marketed and sold by Wyeth and Nycomed under the trade name PROTONIX® I.V.

8.    Nycomed and Wyeth have charged Sandoz Inc. with infringing the '881 patent. This charge created an actual controversy within the meaning of 28 U.S.C. § 2201, between Nycomed/Wyeth and Sandoz Inc. over the validity, enforceability, and infringement of the '881 patent.

9.    This Court may declare the rights and legal relations of the parties pursuant to Sections 2201 and 2202 of Title 28 of the United States Code, because Sandoz Inc.'s counterclaims present an actual controversy within the Court's jurisdiction that the patent asserted by Nycomed/Wyeth against Sandoz Inc. is not infringed, is invalid, and/or is unenforceable.

10.    Venue for these Counterclaims is proper within this District pursuant to one or more of the following statutes: 28 U.S.C. § 1391 and 15 U.S.C. § 15 or 15 U.S.C. § 22.

## Background

11.    FDA law requires an NDA applicant, such as Nycomed/Wyeth, to file with the FDA, the patent number and expiration date of any patent that "claims the drug for which the applicant submitted the application . . . and with respect to which a claim of patent infringement could reasonably be asserted if a person not licensed by the owner engaged in

the manufacture, use, or sale of the drug."  21 U.S.C. § 355(b)(1).  "[T]he applicant shall

submit information only on those patents that claim a drug product, as is defined in § 314.3,

that is described in the pending or approved application," according to pertinent FDA

regulations.  21 C.F.R. § 314.53(b)(1).

      12.     Upon approval, the NDA applicant "shall submit FDA Form 3542 for each

patent that claims the . . . drug product (formulation and composition)" and thereby identify

patents that claim the drug product as actually approved.  *See* 21 C.F.R. § 314.53(c)(2)(ii).

      13.     The FDA then publishes the identified patents for the approved drug product in

the Orange Book.  21 C.F.R. §§ 314.3, 314.53(e).

      14.     NDA applicants have a strong incentive to list patents in the Orange Book.

Such listings can be used to prevent the FDA from approving an ANDA application for 30

months absent certain exceptions.  *See* 21 U.S.C. § 355(j)(5)(B)(iii).

      15.     Nycomed/Wyeth has filed the '881 patent with the FDA, thereby causing the

'881 patent to be listed in the Orange Book in connection with its NDA No. 20-988.  *See*

http://www.accessdata.fda.gov/scripts/cder/ob/docs/patexclnew.cfm?Appl_No=020988&Pro

duct_No=001&table1=OB_Rx.

### COUNT 1
### <u>Declaratory Judgment to Delist U.S. Patent No. 6,780,881 B2 from the Orange Book</u>

      16.     Sandoz Inc. realleges and incorporates by reference paragraphs 1 through 15 of

these Counterclaims.

      17.     This Counterclaim arises under 21 U.S.C. § 355(j)(5)(C)(ii).

18.    On information and belief, the '881 patent does not claim the drug for which NDA No. 20-988 was approved.

19.    The listing of the '881 patent in the Orange Book in connection with the pantoprazole sodium injection 40 mg drug product approved in NDA 20-988 is improper because it does not comply with 21 U.S.C. § 355(b)(1).

20.    Sandoz Inc. is the owner of ANDA 90-296 for a pantoprazole sodium injection 40 mg drug product for which the reference listed drug is pantoprazole sodium injection 40 mg, which is the subject of NDA 20-988.

21.    In accordance with 21 U.S.C. § 355(j)(5)(B)(iii), the FDA will not approve Sandoz Inc.'s ANDA before October 2010, approximately thirty months from Sandoz Inc.'s April 3, 2008 notice letter, unless this suit is resolved before that date.

22.    Sandoz Inc. believes that its ANDA will be approvable but for the resolution of this suit prior to October 2010.

23.    Sandoz Inc. will be harmed unless the listing of the '881 patent in connection with Wyeth's NDA No. 20-988 for pantoprazole sodium injection 40 mg drug product is removed.

24.    Sandoz Inc. is entitled to a judicial declaration that the '881 patent must be delisted from the Orange Book.

25.    This Court lacks subject matter jurisdiction because there has been no act of infringement under 35 U.S.C. § 271(e)(2).

**COUNT 2**
**False Marking**

26.     Sandoz Inc. realleges and incorporates by reference paragraphs 1 through 25 of these Counterclaims.

27.     This Counterclaim arises under 35 U.S.C. § 292 for false patent marking.

28.     Nycomed/Wyeth marks its Prescribing Information for PROTONIX® I.V. with the '881 patent. *See* http://www.wyeth.com/content/showlabeling.asp?id=469. Upon information and belief, Nycomed/Wyeth marks its insert label for PROTONIX® I.V., an injectable pantoprazole sodium IV drug product, with the '881 patent.

29.     Upon information and belief, the '881 patent does not claim the drug product marketed as PROTONIX® I.V., and at least since Nycomed's/Wyeth's receipt of Sandoz's ANDA No. 90-296, Nycomed/Wyeth cannot have any reasonable belief that PROTONIX® I.V. is currently covered by the claims of the '881 patent.

30.     Nycomed/Wyeth has, on information and belief, "falsely marked" its PROTONIX® I.V. product, with the intent to deceive the public, in violation of 35 U.S.C. § 292, at least since Nycomed's/Wyeth's receipt of Sandoz's ANDA No. 90-296.

31.     The online display of the Prescribing Information containing the '881 patent and each insert label containing or displaying the '881 patent, as described herein and/or as will be later identified, should be construed as a separate "offense" pursuant to 35 U.S.C. § 292(a).

32.     Sandoz Inc. seeks $500 (half to be paid to the United States) for each and every such offense of false marking, including but not limited to $500 (half to be paid to the United

States) for each and every sale of PROTONIX I.V. sold with the insert label containing or displaying the '881 patent after Nycomed's/Wyeth's receipt of Sandoz's ANDA No. 90-296.

**COUNT 3**
**Declaratory Judgment of Non-infringement of U.S. Patent No. 6,780,881**

33.    Sandoz Inc. realleges and incorporates by reference paragraphs 1 through 15 of these Counterclaims.

34.    The manufacture, use, sale, offer for sale, or importation of Sandoz Inc.'s Pantoprazole Sodium for Injection 40 mg product, which is the subject of ANDA No. 90-296, has not infringed, does not infringe, and will not infringe any valid and/or enforceable claim of the '881 patent.

35.    Sandoz Inc. is entitled to a judicial declaration that the manufacture, use, sale, offer for sale, or importation of Sandoz Inc.'s Pantoprazole Sodium for Injection 40 mg product, which is the subject of ANDA No. 90-296, has not infringed, does not infringe, and will not infringe any valid and/or enforceable claim of the '881 patent.

**COUNT 4**
**Declaratory Judgment of Invalidity of U.S. Patent 6,780,881**

36.    Sandoz Inc. realleges and incorporates by reference paragraphs 1 through 10 of these Counterclaims.

37.    The claims of the '881 patent are invalid for failure to comply with one or more of the provisions of Title 35 of the United States Code, including, but not limited to, 35 U.S.C. §§ 102, 103, 112.

38.     Sandoz Inc. is entitled to a judicial declaration that the claims of the '881 patent are invalid.

## REQUEST FOR RELIEF

WHEREFORE, Defendant Sandoz Inc. respectfully requests that this Court enter a Judgment and Order in its favor and against Plaintiffs Nycomed GmbH and Wyeth as follows:

A.     Adjudging that the listing of the '881 patent in connection with NDA No. 20-988 is contrary to law;

B.     Ordering Nycomed and/or Wyeth to take all necessary steps to remove the listing of the '881 patent from the Orange Book in connection with NDA No. 20-988;

C.     Adjudging and awarding $500 (one-half to be paid to the United States) for each and every offense of false marking, including but not limited to $500 (half to be paid to the United States) for each and every sale of PROTONIX I.V. sold with the insert label containing or displaying the '881 patent since Nycomed's/Wyeth's receipt of Sandoz's ANDA No. 90-296;

D.     Declaring that the manufacture, use, sale, offer for sale, or importation of Sandoz Inc.'s Pantoprazole Sodium for Injection 40 mg product, which is the subject of ANDA 90-296, has not infringed, does not infringe, and will not infringe (either literally or under the doctrine of equivalents), directly or

indirectly (either by inducement or contributorily) any valid or enforceable claim of the '881 patent;

E.    Adjudging that all claims of the '881 patent are invalid;

F.    Adjudging that this is an exceptional case under 35 U.S.C. § 285, and Sandoz Inc. is entitled to its attorney fees and costs;

G.    Adjudging and decreeing that:

    (1)    Nycomed's and Wyeth's Complaint be dismissed with prejudice;

    (2)    Nycomed and Wyeth be denied all relief requested under its Complaint;

    (3)    Judgment be awarded to Sandoz Inc. on all claims of the Complaint and Counterclaims;

    (4)    Sandoz Inc. be awarded its attorneys' fees and costs; and

    (5)    Awarding to Sandoz Inc. such other relief as may be just and proper.

### JURY DEMAND

Sandoz Inc. demands a trial by jury on all issues so triable.

Respectfully Submitted,

SANDOZ INC.

Dated:  July 21, 2008                    By:  */s/ Brandon C. Helms*
    Thomas J. Filarski (06194031)
    Meredith Martin Addy (06216492)
    C. Noel Kaman (06275230)
    Brandon C. Helms (06294316)
    BRINKS HOFER GILSON & LIONE
    NBC Tower, Suite 3600
    455 North Cityfront Plaza Drive
    Chicago, Illinois  60611-5599
    Telephone:  312-321-4200
    Facsimile:  312-321-4299
    *Attorneys for Sandoz Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of July 2008, ANSWER AND AFFIRMATIVE DEFENSES OF SANDOZ INC. TO NYCOMED GMBH AND WYETH'S COMPLAINT FOR PATENT INFRINGEMENT AND COUNTERCLAIMS was filed electronically.  Parties may access the filing through the Court's System.


/s/ *Brandon C. Helms*
Brandon C. Helms