UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NYCOMED GmbH and WYETH,<br><br>                Plaintiffs,<br><br>     v.<br><br>SANDOZ INC.,<br><br>                Defendant. | CIVIL ACTION NO. 08-cv-2871 NF<br><br>FILED:  MAY 16, 2008<br><br>JUDGE MATTHEW F. KENNELLY<br><br>MAGISTRATE JUDGE NOLAN<br><br>**Via Electronic Filing** |

**SANDOZ INC. LR 3.2 AND FED. R. CIV. P. 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Sandoz Inc. is ultimately wholly owned by Novartis AG, which trades on the NYSE, New York Stock Exchange, under ticker symbol (NVS).  There are no publicly held companies between Sandoz Inc. and Novartis AG.

                                                    Respectfully submitted,
                                                SANDOZ INC.

Dated:  July 21, 2008             By:  /s/ *Brandon C. Helms*
                                             Thomas J. Filarski (06194031)
                                             Meredith Martin Addy (06216492)
                                             C. Noel Kaman (06275230)
                                             Brandon C. Helms (06294316)
                                             BRINKS HOFER GILSON & LIONE
                                             NBC Tower, Suite 3600
                                             455 North Cityfront Plaza Drive
                                             Chicago, Illinois  60611-5599
                                             Telephone:  312-321-4200
                                             Facsimile:  312-321-4299
                                             *Attorneys for Sandoz Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July 2008, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's CM/ECF and copies will be mailed via U.S. Mail to those parties to whom electronic notice has not been sent. Parties may access the filing through the Court's system.

*/s/ Brandon C. Helms*
Brandon C. Helms