# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2871 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Nycomed vs. Sandoz | | |

**DOCKET ENTRY TEXT**

Status hearing, pursuant to Rule 16(b) held. The deadline for filing dispositive motions is 4/9/2010. Fact discovery ordered closed 7/30/2009. Expert discovery ordered closed 03/8/2010. Deadline for amending pleadings and adding parties is 1/30/2009.

■[ For further details see text below.]　　　　　　　　　　　　　　　　　　　　　　　Docketing to mail notices.

00:05

**STATEMENT**

Rule 26(a)(1) disclosures are to be made by 9/9/2008 and fact discovery may begin on 9/23/2008. Rule 26(a)(2) disclosures are due by 9/26/2009 for party with burden of proof; 10/31/2009 for responsive reports; 12/8/2009 for reply reports, if any. Parties are to exchange disputed terms for claim construction by 2/28/2009; claim construction briefs are due 4/14/2009 for plaintiff, 5/18/2009 for defendant, and 6/1/2009 for plaintiff's reply.

Courtroom Deputy Initials:　OR